JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA M. McCALL (CABN 234139)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3717
   Facsimile: (501) 637-3724
   E-Mail: christina.mccall@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0351 PJH (LB) |
|    Plaintiff, | ) | |
| | ) | [PROPOSED] DETENTION ORDER |
| v. | ) | |
| | ) | |
| TERYLL CHAPLIN, | ) | |
| | ) | |
|    Defendant. | ) | |

     Following a hearing under 18 U.S.C. § 3142(f), and considering the factors set forth in section 3142(g), the Court finds that, at this time, no condition or combination of conditions in section 3142(c) will reasonably assure Defendant's appearance in court and the safety of any other person or the community. Probable cause exists to believe that the defendant, Teryll Chaplin, committed the offense of escape from serving a custodial sentence, in violation of 18 U.S.C. § 751.

     Defendant was serving a custodial sentence in case CR 04-0043 SI when he absconded from the community corrections facility without permission. The information contained in the

DETENTION ORDER
(CR 10-0351 PJH (LB))

Presentence Report from case CR 04-0043 SI, combined with the nature of this offense, convince this Court that Defendant should be detained pending trial in this case.

After being advised of his rights to present evidence under section 3142(f), Defendant declined to present additional information but reserved his right to present information at a future bail hearing should his circumstances change.

The Court detains Defendant as a flight risk without prejudice to his raising the bail issue at a future hearing. The Court orders Defendant committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. *See* 18 U.S.C. § 3142(i)(2). Defendant must be afforded a reasonable opportunity to consult privately with counsel. *See id.* § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance. *See id.* § 3142(i)(4).

IT IS SO ORDERED.

DATED: May 17, 2010

LAUREL BEELER
United States Magistrate Judge